Min K. Kang, Esq. – SBN 246904
mkang@chdlawyers.com
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.: 650.592.5400
Fax: 650.592.5027

**ATTORNEYS FOR** Defendants
Spinnaker Insurance Company and
Hippo Analytics, Inc. dba Hippo
Insurance Services

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC., dba HIPPO ENTERPRISES INC., dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1 - 10 inclusive,<br><br>Defendants. | Case No. 2:23-CV-01582-TLN-DB<br><br>ORDER RE BRIEFING SCHEDULE<br><br>Hon. District Judge Troy L. Nunley<br><br>Complaint Filed 8/1/23 |

The Court, having reviewed the Stipulation to Extend Time for Defendants to Respond to Complaint; the Court finds, adjudges and orders as follows:

IT IS ORDERED that the following are the deadlines/briefing for Defendants' Answer or Responsive Motion:

- Defendants' Answer or Responsive Motion Deadline: September 29, 2023
- Plaintiff's Opposition Deadline (if necessary): November 9, 2023
- Defendants' Reply Deadline (if necessary): November 16, 2023

1

- Motion Hearing Date (if necessary): November 30, 2023, at 2:00 PM

IT IS SO ORDERED.

Dated: September 13, 2023

Troy L. Nunley
United States District Judge