Yasin M. Almadani (SBN 242798)
YMA@LawAlm.com
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Phone: (949) 877-7177
Fax: (949) 877-8757
Attorneys for Plaintiff

MIN K. KANG (SBN 246904)
mkang@hinshawlaw.com
TAMI KAY LEE (SBN 224096)
tlee@hinshawlaw.com
DAVID T. HAYEK (SBN 144116)
DHayek@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC. dba HIPPO ENTERPRISES INC. dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01582-TLN-SCR<br><br>**STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DEADLINES; ORDER**<br><br>Hon. Troy L. Nunley<br>United States District Judge<br><br>Action Filed:    August 1, 2023<br><br>Trial Date:    TBD |

The Parties hereby stipulate and seek the Court's permission to extend the fact discovery and expert deadlines by approximately 45 days. The request is based on the following facts:

1. The current fact discovery deadline is June 18, 2025. Initial expert reports are due August 18, 2025, and rebuttal expert reports are due September 17, 2025.

2. The parties have been engaged in discovery but there remain disputes requiring the Magistrate Judge's attention. The parties have scheduled in informal discovery conference with the Magistrate Judge on May 13, 2025.

3. Approximately nine depositions remain outstanding, which the parties are attempting to complete by mid-July.

4. Counsel for Defendants has a busy case schedule between now and the end of July.

5. Counsel for Plaintiffs is unavailable from during the month of May due to travel for other cases in the first week of May, depositions in other matters in the second week of May, and pre-planned time-off to tend to personal matters during the last two weeks of May.

6. The parties thus seek a reasonable extension to the current fact discovery and expert deadlines as follows:

    a. Fact discovery to be concluded by July 31, 2025

    b. Initial expert reports due by September 30, 2025

    c. Rebuttal expert reports due by October 31, 2025

7. This is the parties' first extension request.

8. No trial date has yet been set.

///

///

///

9. The parties file this stipulation in good faith and for no improper purpose and request these modest extensions without affecting the other deadlines set by the Court.

SO STIPULATED.

Dated: May 2, 2025

Respectfully submitted,
ALMADANI LAW

/s/ Yasin M. Almadani
Yasin M. Almadani, Esq.
Attorneys for Plaintiff

Dated: May 2, 2025

HINSHAW & CULBERTSON LLP

/s/ David T. Hayek [authorized by email 5/2/25]
Min K. Kang
Tami Kay Lee
David T. Hayek
Attorneys for Defendants

ORDER

THE COURT has reviewed the parties' above-styled stipulation and finding good cause:

**IT IS SO ORDERED.**

DATED: May 5, 2025

Troy L. Nunley
Chief United States District Judge