1  Yasin M. Almadani (SBN 242798)
   YMA@LawAlm.com
2  ALMADANI LAW
   4695 MacArthur Ct., Suite 1100
3  Newport Beach, CA 92660
   Phone: (949) 877-7177
4  Fax: (949) 877-8757
   Attorneys for Plaintiff
5
   MIN K. KANG (SBN 246904)
6  mkang@hinshawlaw.com
   TAMI KAY LEE (SBN 224096)
7  tlee@hinshawlaw.com
   DAVID T. HAYEK (SBN 144116)
8  DHayek@hinshawlaw.com
   HINSHAW & CULBERTSON LLP
9  350 South Grand Ave., Suite 3600
   Los Angeles, CA 90071-3476
10 Telephone: 213-680-2800
   Facsimile: 213-614-7399
11 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual, | Case No. 2:23-CV-01582-TLN-SCR |
| Plaintiff, | **SECOND STIPULATION TO CONTINUE FACT DISCOVERY AND EXPERT DEADLINES; ORDER** |
| v. | |
| SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC. dba HIPPO ENTERPRISES INC. dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1-10, inclusive, | Hon. Troy L. Nunley<br>United States District Judge |
| | Action Filed:   August 1, 2023 |
| Defendants. | Trial Date:   TBD |

Based on new scheduling developments and the recent scheduling of a major trial for Plaintiff's counsel, who is a solo practitioner, the parties hereby stipulate and seek the Court's permission to extend the fact discovery and expert deadlines by approximately 90 days. The request is based on the following facts, which support a finding of good cause for the extension:

1. This is the second request for an extension of the discovery and expert deadlines in this case. The Court previously granted an extension based on good cause.

2. The current fact discovery deadline is July 31, 2025. Initial expert reports are due September 30, 2025, and rebuttal expert reports are due October 31, 2025. No trial date has been set.

3. The parties have been diligently pursuing discovery in the case. Plaintiff has served four sets of interrogatories, three sets of requests for production, and a set of requests for admission. Defendants have served two sets of interrogatories, two sets of requests for production, and a set of requests for admission. The parties have also completed two of nine fact depositions, and Plaintiff is currently scheduled for deposition on June 18, 2025.

4. Despite the parties' diligence, there remain significant disputes requiring the Magistrate Judge's attention. The parties are set for a hearing before the Magistrate Judge on June 20, 2025. The Magistrate Judge's minute order on May 13, 2025, states in relevant part, "Defendants have offered dates in early July 2025 for the Rule 30(b)(6) depositions and have agreed to stipulate to an extension of the fact discovery cutoff should Plaintiff need to engage in follow-up discovery requests after the Rule 30(b)(6) depositions." Furthermore, the Magistrate Judge granted a motion by Plaintiff to compel discovery, which Defendants have yet to produce.

5. When the parties filed their first stipulation to extend fact discovery and expert deadlines, the parties had contemplated resolving their outstanding discovery disputes and taking depositions in June and July.

6. However, Plaintiff's counsel is a solo practitioner and lead counsel in a separate, significant matter filed in 2021 that was just recently set for trial to start on August 8, 2022, with expert discovery to be completed by July 31, 2025. *See Porter, et al. v. County of Solano, et al.*,

1

*Stipulation to Extend Fact Discovery and Expert Deadlines*     2:23-CV-01582-TLN-SCR
87536\325084932.v1

Case No. 21-CV-01473-KJM-JDP. This case did not previously have a trial date or expert discovery deadline. The matter involves four plaintiffs, three defendants, and fourteen (14) claims. Following extensive fact discovery, the parties litigated summary judgment motions, which the Court decided this year. There are numerous experts that now need to be deposed by the end of July. Furthermore, the parties expect the trial to take three to four weeks, from mid-August through mid-September, and will require significant trial preparation and filings. This case is not amenable to settlement and is expected to go to verdict.

7. In addition to the trial deadlines above, Plaintiff's counsel must file an appellate brief with the Ninth Circuit due on July 13, 2025.

8. Counsel representing Defendants currently have a trial calendar with trials scheduled for 8/4/25-8/8/25, 8/18/25-8/22/25, 9/8/25-9/12/25, 9/22/25-9/26/25 10/15/25-10/29/25, 02/09/2026-02/23/2026, 3/9/26-3/13/26, 5/11/26-5/15/26, 5/18/26-5/22/26, 6/1/26-6/5/26, and 6/22/26-6/26/26. In addition, Defense Counsel have multiple appellate matters pending in California State Appellate Courts and in the Nevada Supreme Court which are the subject of briefing in June, July and August, 2025.

9. Given the impending obligations of counsel on both sides and given the fact that counsel have been diligently engaging in discovery in this matter, counsel stipulate to request the Court's leave to extend all fact discovery and expert deadlines by 90 days, which would provide the parties sufficient time to serve their clients in the best interest of justice.

10. The parties file this stipulation in good faith and for no improper purpose and request the following reasonable extensions to the current fact discovery and expert deadlines as follows:

    a. Fact discovery to be concluded by October 29, 2025

    b. Initial expert reports due by December 29, 2025

    c. Rebuttal expert reports due by January 29, 2025

///

IT IS SO STIPULATED.

Dated: June 9, 2025

Respectfully submitted,
ALMADANI LAW

*/s/ Yasin M. Authorization*
Yasin M. Almadani, Esq.
Attorneys for Plaintiff

Dated: June 9, 2025

HINSHAW & CULBERTSON LLP

*/s/ David T. Hayek (by email authorization)*
Min K. Kang
Tami Kay Lee
David T. Hayek
Attorneys for Defendants

**ORDER**

**THE COURT has reviewed the parties' above-styled stipulation and finding good cause:**

**IT IS SO ORDERED.**

**Dated: June 11, 2025**

**Hon. Troy L. Nunley**
**United States District Judge**