Yasin M. Almadani (SBN 242798)
YMA@LawAlm.com
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Phone: (949) 877-7177
Fax: (949) 877-8757
Attorneys for Plaintiff

MIN K. KANG (SBN 246904)
mkang@hinshawlaw.com
TAMI KAY LEE (SBN 224096)
tlee@hinshawlaw.com
DAVID T. HAYEK (SBN 144116)
DHayek@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC. dba HIPPO ENTERPRISES INC. dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01582-TLN-SCR<br><br>**STIPULATION TO CONTINUE CASE DEADLINES; ORDER**<br><br>Hon. Troy L. Nunley<br>United States District Judge<br><br>Action Filed:   August 1, 2023<br><br>Trial Date:   TBD |

The parties hereby jointly stipulate and request a continuance of case deadlines due to medical reasons and need to additional time to secure organizational witnesses. The stipulation is based on the following facts:

1. The current fact discovery deadline is October 29, 2025, and the current expert discovery deadline is December 5, 2025, with initial and supplemental expert reports due December 29, 2025, and January 29, 2025, respectively. The mediation deadline is set for October 17, 2025, but mediation in this case will require review of expert materials. The parties request a 75-day continuance to the fact discovery deadlines and all other deadlines accordingly.

2. No trial date has yet been set.

3. The parties have diligently pursued discovery in this case engaging in numerous written discovery requests, including resolution of various discovery motions, as well as depositions. Due to various disputes, party depositions remain outstanding.

4. The parties are in discussions regarding the dismissal of Hippo from the case. Should that occur, Hippo will appear pursuant to subpoena for deposition, as a third-party, consistent with the Court's prior order with respect to the topics to be addressed except topic number 13, which has been cross-out in the subpoena.

5. Both parties are cooperating to produce their respective clients for deposition. However, due to medical reasons, Plaintiff requires additional time to be in a condition to be deposed and will likely not be available until after the current fact discovery deadline has passed.

6. Defendant Spinnaker needs additional time to secure institutional witnesses on the presently notice topics under Fed. R. Civ. P. 30(b)(6), pursuant to the Court's Order with respect to the topics to be addressed.

7. Spinnaker will produce witness(es) for deposition pursuant to 30(b)(6) consistent with the Court's current order; Plaintiff will appear for deposition in Sacramento; all to be completed by December 15, 2025.

8. Given the medical issue and need for more time, as well as the fact that counsel have been diligently engaging in discovery in this matter, counsel stipulate and ask for the Court's leave to extend the fact discovery deadline by 75 days, and all other deadlines accordingly, which would provide the

parties sufficient time to serve their clients in the best interest of justice and attempt to resolve the case.

9. This stipulation is being filed in the interest of justice and is not being filed for any improper purpose. The parties do not anticipate any additional extension request beyond what is requested here.

10. Based on the foregoing, the parties jointly request the following schedule pursuant to the chart below:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Fact Discovery Cutoff | October 29, 2025 | January 12, 2026 |
| Mediation Deadline | October 17, 2025 | February 12, 2026 |
| Initial Expert Reports Due | December 29, 2025 | March 13, 2026 |
| Rebuttal Expert Reports Due | January 29, 2026 | April 17, 2026 |
| Expert Discovery Cutoff | December 5, 2025 | May 15, 2026 |
| Dispositive Motions Filing Date | December 15, 2025 | June 1, 2026 |
| Dispositive Mot. Opp. Date | December 29, 2025 | June 29, 2026 |
| Dispositive Mot. Rep. Date | January 8, 2026 | July 13, 2026 |
| Dispositive Mot. Hearing Date |  | At Least 21 Days from Reply Date, Subject to Court Availability |
| Jury Trial | TBD | TBD |

IT IS SO STIPULATED.

Dated: October 8, 2025

Respectfully submitted,
ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.
Attorneys for Plaintiff

Dated: October 8, 2025	HINSHAW & CULBERTSON LLP

*/s/ David T. Hayek (by email authorization)*
Min K. Kang
Tami Kay Lee
David T. Hayek
Attorneys for Defendants

**ORDER**

THE COURT has reviewed the parties' above-styled stipulation and finding good cause to approve the stipulation:

IT IS SO ORDERED.

Dated: October 8, 2025

Hon. Troy L. Nunley
United States District Judge

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 8, 2025                                ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

*Attorneys for Plaintiff*