UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRDOS SHEIKH, | No. 2:23-cv-1582 TLN SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SPINNAKER INSURANCE COMPANY, | |
| Defendant. | |

On April 30, 2025, the Court issued an Order to Show Cause (the "Original OSC") to Defendants as to why they should not be sanctioned for failing to meet and confer with Plaintiff's counsel prior to filing a motion for discovery sanctions concerning initial disclosures (the "Discovery Motion"), ECF No. 36, and for persisting in pursuing that motion even after Plaintiff's counsel served amended initial disclosures. ECF No. 51. On May 13, 2025, Defendants filed a timely response to the Original OSC. ECF No. 59.

The Court has not yet adjudicated the Original OSC. However, in the context of another dispute in this case, Defendant Spinnaker has taken the position that the presence of a non-diverse defendant—Hippo Analytics, Inc., which was only dismissed from the case on November 21, 2025, ECF No. 74—deprived the Court of subject matter jurisdiction and rendered its earlier orders void ab initio. ECF Nos. 76, 81. Whether Defendant is correct or not about the voidness

1

of prior orders, the Court now issues this new Order to Show Cause as to why Defendant Spinnaker should not be sanctioned in the amount of $4,550 for failing to meet and confer with Plaintiff's counsel prior to filing the Discovery Motion, and for persisting in pursuing that motion even after Plaintiff's counsel served amended initial disclosures.[1]

The Court hereby **ORDERS** that Defendant's response to this OSC shall be filed within 14 days of the date of this order and limited to no more than ten double-spaced pages.  In lieu of filing a formal response, Defendant may instead file a notice that it is relying on its previously-filed response at ECF No. 59.

SO ORDERED

DATED: December 8, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff initially represented that counsel's fees in opposing the Discovery Motion were $6,650. Plaintiff then clarified that at a discounted rate, they were only $4,550.

2