Yasin M. Almadani (SBN 242798)
YMA@LawAlm.com
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Phone: (949) 877-7177
Fax: (949) 877-8757
Attorneys for Plaintiff

MIN K. KANG (SBN 246904)
mkang@hinshawlaw.com
TAMI KAY LEE (SBN 224096)
tlee@hinshawlaw.com
DAVID T. HAYEK (SBN 144116)
DHayek@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC. dba HIPPO ENTERPRISES INC. dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01582-TLN-SCR<br><br>**STIPULATION TO SCHEDULE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Hon. Troy L. Nunley<br>United States District Judge<br><br>Action Filed:    August 1, 2023<br><br>MSC Judge:    Hon. Chi Soo Kim<br><br>MSC Date:    February 18, 2026<br><br>MSC Time:    10:00 a.m.<br><br>Location:    Videoconference |

The parties hereby stipulate to schedule the Mandatory Settlement Conference ("MSC") in the above-style matter to occur on February 18, 2026, from 10:00 a.m. to 2:00 p.m., via Zoom videoconference before the Honorable Magistrate Judge Chi Soo Kim. Due to scheduling issues, the MSC is requested to occur on the sixth day past the MSC deadline in this matter.

IT IS SO STIPULATED.

Dated: February 6, 2026

Respectfully submitted,

ALMADANI LAW

*/s/ Yasin M. Almadani*

Yasin M. Almadani, Esq.
Attorneys for Plaintiff

Dated: February 6, 2026

HINSHAW & CULBERTSON LLP

*/s/ David T. Hayek (by email authorization)*

Min K. Kang
Tami Kay Lee
David T. Hayek
Attorneys for Defendants

**ORDER**

THE COURT has reviewed the parties' above-styled stipulation and finding good cause to approve the stipulation:

IT IS SO ORDERED.

DATED:  February 6, 2026

Troy L. Nunley
Chief United States District Judge

2