Yasin M. Almadani (SBN 242798)
YMA@LawAlm.com
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
Phone: (949) 877-7177
Fax: (949) 877-8757
Attorneys for Plaintiff

MIN K. KANG (SBN 246904)
mkang@hinshawlaw.com
TAMI KAY LEE (SBN 224096)
tlee@hinshawlaw.com
DAVID T. HAYEK (SBN 144116)
DHayek@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER INSURANCE COMPANY, an Illinois Company; HIPPO ANALYTICS INC. dba HIPPO ENTERPRISES INC. dba HIPPO INSURANCE SERVICES, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01582-TLN-SCR<br><br>**AMENDED STIPULATION TO TAKE TWO EXPERT DEPOSITIONS PAST THE EXPERT DISCOVERY DEADLINE; ORDER**<br><br>Hon. Troy L. Nunley<br>United States District Judge<br><br>Action Filed:        August 1, 2023<br><br>Trial Date:           TBD |

The parties hereby jointly stipulate and request they be permitted to take two expert depositions past the expert discovery cut-off. The stipulation is based on the following facts:

1.      The current expert discovery deadline was May 15, 2026, for the deposition of a total five experts, as discussed below.

2.      Regarding Plaintiff's expert Thomas Koester: Plaintiff has provided the document production , and he was deposed on May 6, 2026.

3.      Regarding Defendant's expert Mark Ellis: Mr. Ellis' document production is complete, and his deposition was completed on May 11, 2026.

4.      Regarding Defendant's expert John Machin: Mr. Machin's document production is complete, and his deposition was completed on May 11, 2026.

5.      Regarding Plaintiff's expert Christian Tregillis: Plaintiff represents that Mr. Tregillis' document production is complete. He was scheduled to be deposed on May 8, 2026, but he was in a major car accident on the evening of May 7, sustaining significant injury where he was taken to the hospital. Plaintiff's counsel informed Defendant's counsel as soon as Plaintiff's counsel learned of the accident, which was approximately 1:00 a.m. on May 8. Mr. Tregillis needed time to recover, and Plaintiff offered Mr. Tregillis to be deposed on May 20 at 2:00 p.m. The parties filed a joint stipulation on May 11, but the Court has not yet approved that stipulation. Mr. Tregillis' injuries continue to persist, and Plaintiff has offered for him for deposition on June 11, 2026, at 2:00 p.m., to which Defendant has agreed.

6.      Regarding Defendant's expert Lola Hogan: Defendant represents that Ms. Hogan's document production is complete. Ms. Hogan's deposition was scheduled for May 13, but Defendant requested that Ms. Hogan's deposition be moved to a date after Mr. Tregillis' deposition. Plaintiff was ready to proceed on May 13, but in the interest of avoiding conflict, Plaintiff subsequently agreed to continue Ms. Hogan's deposition to a date after Mr. Tregillis' deposition is completed.  The parties have agreed to reschedule Ms. Hogan's deposition to June 18 at 10:00 a.m.

*Amended Stipulation to Take Two Expert Depositions Past Deadline*        *2:23-CV-01582-TLN-SCR*

7. The parties have additionally agreed to the following payment schedule:

    a. Defendant shall advance a fee of three hours of deposition time for Mr. Tregillis with a check to be made out to "Hemming Morse, LLC," and delivered to Hemming Morse, LLC Attn: Accounts Receivable, 1390 Willow Pass Road, Suite 410 Concord, CA 94520, on or before June 8, 2026, for the deposition to proceed as scheduled on June 11. Mr. Tregillis has provided his invoice and W-9 and is awaiting payment.

    b. Plaintiff shall advance a fee of three hours of deposition time for Ms. Hogan consistent with the rate identified in her Rule 26 Report with a check to be made out to Lola Hogan Insurance Consulting, LLC, and delivered to Lola Hogan Insurance Consulting, LLC, 1149 Seaview Ave. Pacific Grove, CA 93950, on or before June 15, 2026, for the deposition to proceed as scheduled on June 18. Ms. Hogan shall provide an executed W-9 to be emailed to Almadani Law through the Hinshaw & Culbertson attorneys by June 15, 2026.

    c. The parties further agree that any unused time will be refunded by the respective expert.

8. The expert depositions will proceed pursuant to the last served subpoenas.

///

///

///

*Amended Stipulation to Take Two Expert Depositions Past Deadline*          *2:23-CV-01582-TLN-SCR*

9.    Based on the foregoing, the parties jointly request that the Court permit the deposition of Christian Tregillis to proceed on June 11, 2026, at 2:00 p.m., and the deposition of Lola Hogan to proceed on June 18, 2026, at 10:00 a.m., both of which are the only two exceptions to the current expert discovery cut-off date of May 15, 2026.

IT IS SO STIPULATED.

Dated: May 18, 2026

Respectfully submitted,

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.
*Attorney for Plaintiff*

Dated: Mav 18. 2026

HINSHAW & CULBERTSON LLP

*/s/ Tami Kay Lee (by email authorization)*
Min K. Kang
Tami Kay Lee
David T. Hayek
*Attorneys for Defendants*

**ORDER**

THE COURT has reviewed the parties' above-styled stipulation and finding good cause to approve the stipulation:

IT IS SO ORDERED.

Dated: 5/19/2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

*Amended Stipulation to Take Two Expert Depositions Past Deadline*          *2:23-CV-01582-TLN-SCR*